■ Louis Engel & Co., Inc., Respondent, v. Zaret Realty Corp., Appellant. Louis Engel & Co., Inc., Third-Party Plaintiff, v. Ira A. Lowin Plumbing & Heating Service et al., Third-Party Defendants. Clearview Paving Corp., Plaintiff, v. Louis Engel & Co., Inc., Defendant. Ira Lowin, Doing Business as Ira A. Lowin Plumbing & Heating Service, Plaintiff, v. Louis Engel & Co., Inc., Defendant.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, and for a stay, denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of Sarbet Associates, Appellant, v. Robert E. Herman, as State Rent Administrator, Respondent.— Motion by petitioner-appellant for reargument or for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of the Estate of Nellie R. Saunders, Deceased. Helen End, Appellant; John Green, Respondent.— Motion by appellant for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Brennan, Rabin and Hopkins, JJ., concur.

■ Mildred Gruberger, as Administratrix of the Estate of Max Gruberger, Deceased, et al., Respondents, v. Tobey Titus, as Administratrix of the Estate of Horace Titus, Deceased, Appellant, et al., Defendants.— Motion by respondents for leave to appeal to the Court of Appeals, granted. The following question is certified: Was the order of this court, dated May 21, 1962, properly made? Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.